UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DIEU VIEU ERISTMA,

                Petitioner,

-vs-                                                        Case No.  8:03-cv-100-T-17TGW

JAMES V. CROSBY, JR.,

                Respondent.
_____/

**ORDER**

      The Court denied Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has filed an application for certificate of appealability and a motion for leave to proceed in forma pauperis on appeal.

      To merit a certificate of appealability, Petitioner must show that reasonable jurists would find debatable both (1) the merits of an underlying claim, and (2) the procedural issues he seeks to raise.  See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 475 (2000).  Petitioner has failed to meet this standard.  Therefore, Petitioner has failed to satisfy the Slack test.

      Accordingly, the Court orders:

1. That Petitioner's application for certificate of appealability (Doc. No. 22) is denied.

2. That Petitioner' motion to proceed in forma pauperis on appeal (Doc. No. 23) is denied.

ORDERED in Tampa, Florida, on July 6, 2005.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Counsel of Record

Dieu Vieu Eristma